## Commonwealth, Appellant, v. McEldorney.

██ order by STIVELY, JR., J. Argued June 11, 1975. *Timothy H. Knauer,* Assistant District Attorney, with him *F. Ned Hand,* Assistant District Attorney, and *William H. Lamb,* District Attorney, for Commonwealth, appellant; *Thomas Wilson,* with him *D. Benjamin VanSteenburgh, III,* Assistant Public Defender, and *John R. Merrick,* Public Defender, for appellee.

Order affirmed.

## Commonwealth v. McGhee, Appellant.

Argued June 10, 1975. *Jerome R. Verlin,* for appellant; *William A. Richardson,* Assistant District Attorney, with him *Mark Sendrow* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth v. Morton, Appellant.

Argued June 13, 1975. *David E. Auerbach,* Assistant Public Defender, with him